# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:12-CV-345-MOC-DCK

| | |
|---|---|
| CANDACE JONES, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     **ORDER** |
| | ) |
| PROGRESSIVE FINANCIAL | ) |
| SERVICES, INC., | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

      **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) filed by Holly E. Dowd on August 16, 2012, concerning Marshall S. Meyers.  Mr. Meyers seeks to appear as counsel *pro hac vice* for Plaintiff Candace Jones.

      Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Meyers is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff Candace Jones.

Signed: August 17, 2012

_____

David C. Keesler
United States Magistrate Judge